```
Daniel B. Clymo
Attorney at Law
Ca. St. Bar No. 214915
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 447-1220

Attorney for Defendant
ALFONSO CORRALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff,             )<br>                                 )<br>    v.                           )<br>                                 )<br>ERIC MICHAEL SOUTHARD, et al.,)<br>                                 )<br>         Defendants.            )<br>_____) | CR NO. S-08-00332 GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date:  8/29/08<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E.<br>        Burrell |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Esq., Assistant United States Attorney, together with counsel for defendant Alfonso Corrales, Daniel B. Clymo, Esq., defendant Eric Michael Southard, Matthew C. Bockmon, Esq., and defendant Hillario Carranza, John H. Fenier that the status conference presently set for August 29, 2008 be **continued to October 17, 2008, at 9:00 a.m.,** thus **vacating** the presently set status conference.  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and

PDF created with pdfFactory trial version www.pdffactory.com

```
1  agree to exclude time from the date of the filing of the order
2  until the date of the status conference October 17, 2008.
3
4  IT IS SO STIPULATED.
5  Dated: August 28, 2008              /s/ Daniel B. Clymo
                                       DANIEL B. CLYMO
6                                      Attorney for Defendant
                                       Alfonso Corrales
7
   Dated: August 28, 2008              /s/ Matthew C. Bockmon
8  _____      MATTHEW C. BOCKMON
                                       Attorney for Defendant
9                                      Eric Michael Southard

10 Dated: August 28, 2008              /s/ John H. Feiner
   _____      JOHN H. FEINER
11                                     Attorney for Defendant
                                       Hillario Carranza
12
13
   Dated: August 28, 2008              McGREGOR W. SCOTT
14                                     United States Attorney
15
                                       by:  /s/ Michael M. Beckwith
16                                     MICHAEL M. BECKWITH
                                       Assistant U.S. Attorney
17
18
19
20
21
22
23
24
25
26
27
28
```

PDF created with pdfFactory trial version www.pdffactory.com

```
                 IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        ) Case No.  CR.S-08-00332 GEB
                                 )
              Plaintiff,         )
                                 )
     v.                          ) [PROPOSED] ORDER TO
                                 ) CONTINUE STATUS CONFERENCE
ERIC MICHAEL SOUTHARD, et al.,   )
                                 )
                                 )
              Defendants.        )
_____  )
```

GOOD CAUSE APPEARING, it is hereby ordered that the August 29, 2008 status conference be continued to October 17, 2008 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to October 17, 2008.

IT IS SO ORDERED.

Dated:  August 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3

PDF created with pdfFactory trial version www.pdffactory.com