```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
ALFONSO CORRALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>ALFONSO CORRALES and )<br>ERIC MICHAEL SOUTHARD, )<br>)<br>       Defendants. )<br>_____) | CR NO. S-08-00332 GEB<br><br>STIPULATION AND<br>ORDER CONTINUING<br>JUDGEMENT AND SENTENCING<br><br><br><br>Date:  2/26/10<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E.<br>       Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Alfonso Corrales, John R. Manning Esq., and counsel for defendant Eric Michael Southard, Matthew C. Bockmon, Esq., that the judgement and sentencing presently set for February 26, 2010 be **continued to April 23, 2010, at 9:00 a.m.**, thus **vacating** the presently set judgement and sentencing.

    Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to

exclude time from the date of the filing of the order until the date of the judgement and sentencing, April 23, 2010.

IT IS SO STIPULATED.

Dated: February 23, 2010          /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  Alfonso Corrales

Dated: February 23, 2010          /s/ John R. Manning for
                                  MATTHEW C. BOCKMON
                                  Attorney for Defendant
                                  Eric Michael Southard


Dated: February 23, 2010          Benjamin B. Wagner
                                  United States Attorney

                              by: /s/ John R. Manning for
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALFONSO CORRALES and<br>ERIC MICHAEL SOUTHARD,<br><br>          Defendants. | ) Case No.  CR.S-08-00332 GEB<br>)<br>)<br>)<br>) ORDER TO<br>) CONTINUE JUDGEMENT AND SENTENCING<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING, it is hereby ordered that the February 26, 2010 judgement and sentencing be continued to April 23, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to April 23, 2010.

IT IS SO ORDERED.

Dated:  February 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3