**FILED**

**MAY 2 6 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| TRANSFER OF JURISDICTION | | 3:14CR00061-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:08-cr-0332 GEB |

| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE | | DIVISION |
|---|---|---|
| Eric Michael Southard | | San Francisco |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William H. Orrick | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/19/2013 | TO 12/18/2018 |

**OFFENSE**

U.S.C. §21:846=NP.F - Class A Felony - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE NARCOTICS

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of CA (Roseville Office) _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5 - 7 - 2015
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern District of CA (Roseville Office)

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5 - 22 - 15
_____
Effective Date

_____
United States District Judge